AO91 (Rev. 12/03)  Criminal Complaint

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS,   PECOS DIVISION

FILED
JUL 0 8 2013
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA
V.
Jose GARCIA-Cuellar

CRIMINAL COMPLAINT

Case Number: P:13-MJ-536

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __7/3/2013__ in __Presidio__ County, in the __Western District Of Texas__ defendant(s) did, being an alien to the United States, knowingly enter and attempt to enter the United States at a time and place other than as designated by immigration officers

in violation of Title __8__ United States Code, Section(s) __1325(a)(1)__

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

The Defendant was arrested on July 4, 2013, in the Western District of Texas by Marfa, Texas Border Patrol Agents. The Defendant is a citizen and national of Mexico, who is present in the United States without having been admitted or paroled by an Immigration Officer. The Defendant last entered the United States on or about July 3, 2013, in Presidio County, Texas, in the Western District of Texas at a time and place not designated as a port of entry by the Secretary of Homeland Security. The Defendant was not in possession of Immigration documents allowing him to be in, or remain in, the United States legally.

Defendant is a national and citizen of Mexico.

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant

Dustin Hess
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

7/8/2013                                              at   Alpine, TX
Date                                                       City/State

B. Goains              U.S. Magistrate Judge           _____
Name & Title of Judicial Officer                        Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT

Jose GARCIA-Cuellar

FACTS    (CONTINUED)

The Defendant was apprehended as part of the Retributive Justice Initiative.

Immigration History:
The DEFENDANT was granted a Voluntary Return on 06/05/2010 through the Port of Entry in TECATE, CA.
The DEFENDANT was deported on 03/21/2013 through the Port of Entry in LUKEVILLE, AZ.

Criminal History:
The DEFENDANT has no known criminal history.

AO 245 S (Rev. 04/02)(W.D.TX.) - Judgment in a Criminal Case

## UNITED STATES DISTRICT COURT
### Western District of Texas
#### PECOS DIVISION

FILED
JUL 11 2013
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.

(1) Jose Garcia-Cuellar

Defendant.

Case Number: PE:13-M-00536(1)
USM Number:

### JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant (1) Jose Garcia-Cuellar was represented by his attorney David Fannin.

The defendant pled guilty to the complaint on July 11, 2013. Accordingly, the defendant is adjudged guilty of such Count(s), involving the following offense(s):

| Title & Section | Nature of Offense | Offense Ended | Count Number |
|---|---|---|---|
| 8 U.S.C. § 1325(a)(1) | Illegal Entry | 7/4/2013 | complaint |

As pronounced on July 11, 2013, the defendant is sentenced as provided in pages 1 through 2 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Pursuant to 18 U.S.C. § 3573, the Government moves to remit the special assessment. Therefore, the Court does not impose a special assessment.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Signed this the 11th day of July, 2013.

_____
B. DWIGHT GOAINS
U.S. MAGISTRATE JUDGE

AO 245 S (Rev. 04/02)(W.D.TX.) - Imprisonment

Judgment--Page 2

Defendant: (1) Jose Garcia-Cuellar
Case Number: PE:13-M -00536(1)

## SENTENCE

The defendant is hereby sentenced to **time served**.